# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 24-0855V

| | |
|---|---|
| MARIE MORAY,<br><br>　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: April 14, 2025 |

*Jimmy A. Zgheib, Zgheib Sayad, P.C.*, White Plains, NY, for Petitioner.

*Camille Michelle Collett, U.S. Department of Justice*, Washington, DC, for Respondent.

### DECISION ON DAMAGES[1]

On June 5, 2024, Marie Moray filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as the result of a pneumococcal conjugate ("Prevnar") vaccination received on July 17, 2023. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On February 21, 2025, a Ruling on Entitlement was issued, finding Petitioner entitled to compensation for a SIRVA. On April 11, 2025, Respondent filed a Proffer on award of compensation ("Proffer"). Respondent represented that Petitioner agrees with

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

the proffered award. *Id.* at 2. Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached proffer, I award the following compensation:

    **A.** A lump sum of **$52,500.00** (for pain and suffering) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.

    **B.** A lump sum payment of **$1,498.60,** representing compensation for satisfaction of the State of New York Medicaid lien, in the form of a check payable to Petitioner and:

> NEW YORK STATE DEPARTMENT OF HEALTH
> New York State Department of Health
> P.O. Box 415874
> Boston, MA 02241-5874
> Case No.: 260181

Petitioner agrees to endorse the check to NEW YORK STATE DEPARTMENT OF HEALTH for satisfaction of the Medicaid lien.

Proffer at 2 – 3. These amounts represent compensation for all damages that would be available under Section 15(a). *Id.*

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                                    **s/Brian H. Corcoran**
                                                    Brian H. Corcoran
                                                    Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

_____
                                        )
MARIE MORAY,                            )
                                        )   No. 24-855V  ECF
            Petitioner,                 )
                                        )
      v.                                )   Chief Special Master Corcoran
                                        )
SECRETARY OF HEALTH AND                 )
HUMAN SERVICES,                         )
                                        )
            Respondent.                 )
_____ )

**PROFFER ON AWARD OF COMPENSATION**

On June 5, 2024, Marie Moray ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that she suffered a Shoulder Injury Related to Vaccine Administration ("SIRVA"), as defined in the Vaccine Injury Table, following administration of a Prevnar-20 vaccine she received on July 17, 2023. Petition at 1. On February 21, 2025, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a SIRVA Table injury. On February 24, 2025, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 19.

**I.    Compensation for Vaccine Injury-Related Items**

  A.  Pain and Suffering

Based upon the evidence of record, respondent proffers that petitioner should be awarded a lump sum of **$52,500.00** for pain and suffering, in the form of an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner. Petitioner agrees.

B. <u>Medicaid Lien</u>

Respondent proffers that petitioner should be awarded funds to satisfy the State of New York Medicaid lien in the amount of **$1,498.60**, which represents full satisfaction of any right of subrogation, assignment, claim, lien, or cause of action the State of New York may have against any individual as a result of any Medicaid payments the State of New York has made to or on behalf of petitioner from the date of her eligibility for benefits through the date of judgment in this case as a result of her alleged vaccine-related injury suffered on or about July 17, 2023, under Title XIX of the Social Security Act.

The above amounts represent all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II.     Form of the Award

The parties recommend that compensation provided to petitioner should be made through two lump sum payments described below, and request that the Chief Special Master's decision and the Court's judgment award the following: [1]

A. A lump sum payment of **$52,500.00, to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner**;

B. A lump sum payment of **$1,498.60**, representing compensation for satisfaction of the State of New York Medicaid lien, in the form of a check payable jointly to petitioner and:

> NEW YORK STATE DEPARTMENT OF HEALTH
> New York State Department of Health
> P.O. Box 415874
> Boston, MA 02241-5874
> **Case No: 260181**

Petitioner agrees to endorse the check to NEW YORK STATE DEPARTMENT OF

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future pain and suffering, and future lost wages.

2

HEALTH for satisfaction of the Medicaid lien.

 Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General

        C. SALVATORE D'ALESSIO
        Director
        Torts Branch, Civil Division

        HEATHER A. PEARLMAN
        Deputy Director
        Torts Branch, Civil Division

        JULIA A. COLLISON
        Assistant Director
        Torts Branch, Civil Division

        <u>s/Camille M. Collett</u>
        CAMILLE M. COLLETT
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 146, Ben Franklin Station
        Washington, D.C. 20044-0146
        Tel: (202) 616-4098
        Fax: (202) 616-4310
        Email: Camille.M.Collett@usdoj.gov

Date:  April 11, 2025